IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RAMONICA M. LUKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-125 |
| | ) | |
| | ) | |
| UNIVERSITY HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is Plaintiff's Motion to Subpoena Documents, in which Plaintiff asks the Court to subpoena documents related to her Form 5 letter from the EEOC and a statement from Denine Hodges and Alicia Martin-Schutz. (Doc. no. 17.) As the Court previously explained in its October 13, 2017 Order providing Plaintiff with instructions about the progression of this case, (doc. no. 5, pp. 3-6), Plaintiff must conduct discovery in accordance with the Federal Rules of Civil Procedure by directing her discovery requests to Defendant and third parties by subpoena. The Court will not conduct discovery on Plaintiff's behalf. Accordingly, the Court **DENIES** Plaintiff's Motion to Subpoena Documents. (Doc. no. 17.) To the extent Plaintiff seeks documents not in the custody, possession, or control of Defendant, Plaintiff may seek a subpoena from the Clerk of Court for the Southern District of Georgia. See Fed. R. Civ. P. 45(a)(3) ("The clerk must issue a subpoena, signed but

otherwise in blank, to a party who requests it.").

SO ORDERED this 20th day of February, 2018, at Augusta, Georgia.

*[signature]*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA