IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RAMONICA M. LUKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-125 |
| | ) | |
| | ) | |
| UNIVERSITY HEALTH SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**
_____

Before the Court is Plaintiff's Motion to Compel Production of Documents. (Doc. no. 21.) After careful consideration of the arguments made by the parties at the March 6, 2018 telephone conference, the Court **GRANTS IN PART** Plaintiff's motion and **ORDERS** Defendants to produce all time, attendance, and disciplinary records for employees under Vicki Forde's supervision from January 1, 2015 through January 7, 2017. Plaintiff retains the right to seek additional records if, upon receipt and conference with opposing counsel, she finds the records produced insufficient.

SO ORDERED this 7th day of March, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA