IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RAMONICA M. LUKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-125 |
| | ) | |
| | ) | |
| UNIVERSITY HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is Plaintiff's Motion to Subpoena Witness, in which Plaintiff asks the Court to require Vita Mason's presence at a deposition on May 8, 2018 at 9:30 a.m. (Doc. no. 27.) Plaintiff also requests the Court order Ms. Mason to disclose her contact information or address where the subpoena can be sent. (Id.)

As the Court previously explained in its October 13, 2017 Order providing Plaintiff with instructions about the progression of this case, (doc. no. 5, pp. 3-6), Plaintiff must conduct discovery in accordance with the Federal Rules of Civil Procedure. The Court will not conduct discovery on Plaintiff's behalf, including locating witnesses or securing their presence at depositions. If the deposition did not occur on May 8, 2018 and Plaintiff seeks to secure Ms. Mason's presence for a future deposition, Plaintiff may seek a subpoena from the Clerk of Court for the Southern District of Georgia compelling her attendance. See Fed. R. Civ. P. 30(a)(1) ("The deponent's attendance may be compelled by subpoena under Rule

45."); Fed. R. Civ. P. 45(a)(3) ("The clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it."). Accordingly, the Court **DENIES** Plaintiff's Motion to Subpoena Witness. (Doc. no. 27.)

SO ORDERED this 11th day of May, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA