IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RAMONICA M. LUKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-125 |
| | ) | |
| | ) | |
| UNIVERSITY HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**

_____

For the reasons stated in its May 11, 2018 Order, the Court **DENIES** Plaintiff's Motion to Compel Witness to Appear for Deposition and Provide Contact Information. (Doc. no. 33.) As the Court explained in that Order, "If [Ms. Mason's] deposition did not occur on May 8, 2018 and Plaintiff seeks to secure Ms. Mason's presence for a future deposition, Plaintiff may seek a subpoena from the Clerk of Court for the Southern District of Georgia compelling her attendance." (Doc. no. 31, pp. 1-2 (citing Fed. R. Civ. P. 30(a)(1); Fed. R. Civ. P. 45(a)(3)).)

SO ORDERED this 15th day of May, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA