IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RAMONICA M. LUKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-125 |
| | ) | |
| | ) | |
| UNIVERSITY HEALTH SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**

_____

For the reasons stated on the record during the August 8, 2018 discovery hearing, the

Court **DENIES** Plaintiff's Motion in Limine, (doc. no. 35), and **REOPENS** the discovery

period to remedy any prejudice caused by Defendant producing Angela Thomason's time,

attendance, and discipline records on the eve of discovery closing. The revised deadlines are

as follows:

| | |
|---|---|
| CLOSE OF DISCOVERY | October 8, 2018 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | November 7, 2018 |

All provisions of the prior Scheduling Orders, (doc. nos. 16, 29), not revised herein

shall remain in full force and effect.

During the sixty-day discovery period, Plaintiff may only: (1) depose Anita Franklin;

and (2) conduct any discovery specifically concerning Angela Thomason. In light of these

developments, Defendant made an oral motion to withdraw its summary judgment motion on the record during the discovery hearing. Accordingly, the Court **GRANTS** Defendant's oral motion to withdraw its summary judgment motion, (doc. no. 47), and **DIRECTS** the **CLERK** to **TERMINATE** Defendant's summary judgment motion, (doc. no. 37).

SO ORDERED this 9th day of August, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA