IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RAMONICA M. LUKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-125 |
| | ) | |
| | ) | |
| UNIVERSITY HEALTH SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**
_____

For the reasons stated on the record during the August 10, 2018 discovery hearing, the Court **DENIES** Plaintiff's oral motion to conduct a deposition of Chris Westbrook. (Doc. no. 51.)

SO ORDERED this 17th day of August, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA