# United States District Court
## Southern District of Georgia

RAMONICA M. LUKE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 117-125

UNIVERSITY HEALTH SERVICES, INC.,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated September 24, 2019, Plaintiff's Motion for Summary Judgment is denied and Defendant's Motion for Summary Judgment is granted; therefore, Judgment is hereby entered in favor of Defendant on all of Plaintiff's claims. This case stands closed.

09/24/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*